# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# DUBLIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT NO. CR320 003 |
| v. | 18 U.S.C. § 371<br>Conspiracy |
| JAMES LAMPKIN,<br>a/k/a "POOKIE,"<br>BENJAMIN SHINHOSTER III,<br>a/k/a/ "BENJI,"<br>DEVEON HOOD,<br>a/k/a/ "DEE,"<br>XAVIER SIMMONS,<br>a/k/a/ "NICK SIMMS,"<br>DWIGHT MCDUFFIE,<br>ANDRE ARCHER, and<br>JOE FORD | 7 U.S.C. § 2156(a)(1)<br>Sponsor and Exhibit a Dog in an Animal Fighting Venture<br><br>7 U.S.C. § 2156(b)<br>Possess and Train a Dog for Purposes of an Animal Fighting Venture<br><br>7 U.S.C. § 2156(b)<br>Transport and Deliver a Dog for Purposes of an Animal Fighting Venture<br><br>7 U.S.C. § 2156(a)(2)(A)<br>Attending an Animal Fighting Venture<br><br>18 U.S.C. § 2<br>Aiding and Abetting |

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 OCT -8 PM 2:57
CLERK
SO. DIST. OF GA.

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

*Conspiracy to Violate the Animal Welfare Act*
18 U.S.C. § 371

## INTRODUCTION

At all times relevant to this indictment:

1. An "animal fighting venture" was "any event, in or affecting interstate or foreign commerce, that involves a fight conducted or to be conducted between at

least 2 animals for purposes of sport, wagering, or entertainment." 7 U.S.C. § 2156(g)(1) (effective through December 19, 2019).

## THE CONSPIRACY

2. Beginning on or about June 21, 2017, and continuing until on or about March 17, 2018, within the Dublin Division of the Southern District of Georgia, and elsewhere, the defendants,

**JAMES LAMPKIN,**
**a/k/a "POOKIE,"**
**BENJAMIN SHINHOSTER III,**
**a/k/a/ "BENJI,"**
**DEVEON HOOD,**
**a/k/a/ "DEE,"**
**XAVIER SIMMONS,**
**a/k/a/ "NICK SIMMS,"**
**ANDRE ARCHER, and**
**JOE FORD,**

(hereinafter, collectively, the "Defendants"), and others, did knowingly and intentionally conspire and agree with each other, to commit the following offenses:

a. to sponsor and exhibit dogs in animal fighting ventures, contrary to Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Section 49;

b. to possess, train, transport, deliver, and receive dogs for purposes of having the dogs participate in animal fighting ventures, contrary to Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49.

## OBJECTS OF THE CONSPIRACY

3. The objects of the conspiracy were for the Defendants, and others, (a) to sponsor and exhibit dogs in animal fighting ventures, and (b) to possess, train, transport, deliver, and receive dogs for the purposes of having the dogs participate in animal fighting ventures.

## MANNER AND MEANS OF THE CONSPIRACY

4. It was part of the conspiracy that the Defendants and others developed and maintained properties for purposes of housing and training pit bull-type dogs for use in dog fights, and for using and storing dog fighting equipment.

5. It was further a part of the conspiracy that the Defendants and others housed pit bull-type dogs in and around their residences, or properties utilized by them for such purpose.

6. It was further a part of the conspiracy that the Defendants and others trained and conditioned pit bull-type dogs to fight in dog fights.

7. It was further a part of the conspiracy that the Defendants and others communicated with one another, by telephone, text message, and other electronic means, about: the transport, delivery, transfer, exchange, purchase, sale, breeding, training, and receipt of particular fighting dogs; their possession of and ownership interests in particular fighting dogs; arrangements to fight dogs and to attend dog fights.

9. It was further a part of the conspiracy that the Defendants and others transported and delivered pit bull-type dogs for use in dog fights and used vehicles to store, transport, and deliver fighting dogs.

10. It was further a part of the conspiracy that the Defendants and others arranged to fight pit bull-type dogs in dog fights.

11. It was further a part of the conspiracy that the Defendants and others fought pit bull-type dogs in dog fights.

12. It was further a part of the conspiracy that the Defendants and others posted, obtained, and forwarded information about fighting dog bloodlines and pedigrees, including from dog fighting websites.

## OVERT ACTS

13. In furtherance of the conspiracy and to effect the unlawful objects thereof, the following overt acts, among others, were committed in the Southern District of Georgia, and elsewhere:

a. On or about June 27, 2017; June 28, 2017, July 24, 2017, July 29, 2017, August, 9, 2017, August 10, 2017, August 23, 2017, September 4, 2017, October 11, 2017, November 7, 2017, November 12, 2017, November 26, 2017, December 7, 2017, February 21, 2018, February 22, 2018, and February 26, 2018, Deveon Hood a/k/a "Dee" transmitted via text message fighting dog pedigree or "bloodline"

information from the dog fighting website www.apbt.online-pedigrees.com to James Lampkin, a/k/a "Pookie."

b. On or about November 4, 2017, November 15, 2017 and January 9, 2017, James Lampkin, a/k/a "Pookie" transmitted via text message fighting dog pedigree or "bloodline" information from the dog fighting website www.apbt.online-pedigrees.com to Deveon Hood a/k/a "Dee."

c. On or about November 24, 2017, December 16, 2017, January 25, 2017, February 4, 2018, and March 3, 2018, Joe Ford transmitted via text message fighting dog pedigree or "bloodline" information from the dog fighting website www.apbt.online-pedigrees.com to Deveon Hood a/k/a "Dee."

d. On or about November 25, 2017, December 9, 2017, and December 19, 2017, Deveon Hood, a/k/a "Dee" transmitted fighting dog pedigree or "bloodline" information from the dog fighting website www.apbt.online-pedigrees.com to Joe Ford.

e. On or about January 17, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger: "Only offered Cuz I seen u talking bout running keeps."

f. On or about January 17, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger a posting from www.apbt.online-pedigrees.com and indicated that "My ppl own this they want me to breed to him." Deveon Hood a/k/a/ "Dee" responded "Finally."

g. On or about January 23, 2018, Deveon Hood a/k/a "Dee" communicated to Joe Ford via Facebook messenger "U never said yhe ticket and how many weeks etc etc." Joe Food responded "Cuz I know gone be hard to find." Deveon Hood a/k/a/ "Dee" stated "Still lemme gwt dat info sir." Joe Ford responded "6 weeks and 1k to 5k and up."

h. On or about January 23, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger "Can u get ahold of Chris Patterson for me," in reference to transporting fighting dogs.

i. On or about January 24, 2018, Deveon Hood a/k/a "Dee" communicated to Joe Ford via Facebook messenger "He posted that after LJ them lost with that cur ass Voyles little jon dog."

j. On or about February 6, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger "Ernest trying do a 42.5 or 43 ch or better for 10k plus."

k. On or about February 27, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger, "The Sporting Bull Terrier" by Eugene Glass. He also communicated "I sent it to u for the keep purposes see if u agree with some of his techniques." "It's got everything in it almost like bulldogging for dummies."

l. On or about March 17, 2018, Joe Ford communicated to Deveon Hood a/k/a "Dee" via Facebook messenger, asking "How many cards and what's the fee?"

m. On or about December 23, 2017, Deveon Hood a/k/a "Dee" sent text message to Xavier Simmons a/k/a "Nick Simms" a photograph of the location of 2083 Rozar Goolsby Road, Eastman Georgia. Xavier Sims a/k/a "Nick Simms" responds the next day on December 24, 2017, "My bad bout getting in ya way last night Bro...you on ya shit now Salute."

n. Between the dates of June 21, 2017 and March 18, 2018, an extraction report of Deveon Hood's a/k/a/ "Dee's" cell phone reveals that he is in communication with James Lampkin a/k/a "Pookie," Andre Archer, Benjamin Shinhoster a/k/a/ "Benji," Xavier Simmons a/k/a "Nick Simms," and Joe Ford. The communication includes discussions of dog fighting, breeding, selling and transporting dogs for the purposes of dog fighting.

o. On or about December 26, 2016, Andre Archer and Deveon Hood, a/k/a "Dee," sponsored and exhibited a dog in a dog fight.

p. On or about November 26, 2017, Andre Archer and Deveon Hood, a/k/a "Dee," sponsored and exhibited a dog in a dog fight.

q. On or about March 17, 2018, the defendants Joe Ford, Xavier Simmons a/k/a "Nick Simms," Deveon Hood a/k/a "Dee," Andre Archer, Benjamin Shinhoster a/k/a "Benji" and Dwight McDuffie traveled to 2083 Rozar Goolsby Road, in Eastman Georgia, the residence of James Lampkin a/k/a "Pookie," and knowingly attended one or more dog fights.

r. On or about March 17, 2018, Benjamin Shinhoster a/k/a "Benji," sponsored and exhibited Unnamed Dog #1 in a dog fight at 2083 Roger Goolsby Road, Eastman, Georgia.

s. On or about March 17, 2018, a cell phone was seized from James Lampkin a/k/a "Pookie." He had the following relevant contacts: "Nick" (Xavier Simmons), "Dwight" (Dwight McDuffie), "Dee" (Deveon Hood) and "Ben" (Benjamin Shinhoster). On the phone is a voicemail from Deveon Hood a/k/a "Dee" to James Lampkin a/k/a "Pookie" asking about the outcome of a dog fight. There is a call log and a text log that show messages between the parties leading up to the dog fight on March 17, 2018.

t. On or about March 17, 2018, Xavier Simmons a/k/a "Nick Simms" and Joe Ford have a text message conversation in which Xavier Simmons a/k/a "Nick Simms" transmits to Joe Ford, "...may load one of mine just to see if I can get some time." The remainder of the conversation is the two of them discussing when they get off work and can meet up that night. At about 7:20 the texts indicate that they met at a hotel.

u. On or about March 17, 2018, Xavier Simmons a/k/a "Nick Simms" transmits to Joe Ford via text message, "Just heard from Ben," to which Joe Ford replies "What he talking about."

v. On or about March 16, 2018, Joe Ford transmits via Facebook Messenger to Deveon Hood a/k/a "Dee," "Told u Alan hit me yday making sure I was

coming tomorrow. He think he gone smash Ben." Devèon Hood a/k/a "Dee" replies "We Gon See." Joe Ford replies "They got me driggers doing keep." (Terry Driggers was arrested at a dog fight and was indicted on federal charges for dog fighting in Albany, GA). In this conversation they are talking about the dog fight in Dodge County. The conversation continues as they talk about "Nick" (a/k/a Xavier Simmons) bringing a dog: Joe Ford states "Well I'll be that way nick say he gone bring one see if he can get some time."

All in violation of Title 18, United States Code, Section 371, in connection with Title 7, United States Code, Sections 2156(a)(l) and 2156(b) and Title 18, United States Code, Section 49.

**COUNT TWO**
*Transport and Deliver a Dog for Purposes of an Animal Fighting Venture*
7 U.S.C. § 2156(b)

On or about March 17, 2018, in the Southern District of Georgia and elsewhere, the defendant,

**BENJAMIN SHINHOSTER III,**
**a/k/a/ "BENJI,"**

did knowingly transport and deliver a dog, namely:

| COUNT | DOG |
|---|---|
| 2 | UNNAMED DOG #1 |

for the purpose of having the dog participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-37 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49.

**COUNT THREE**
*Sponsor and Exhibit a Dog in an Animal Fighting Venture*
7 U.S.C. § 2156(a)(1)

On or about March 17, 2018, in the Southern District of Georgia and elsewhere, the defendant,

**BENJAMIN SHINHOSTER III,**
**a/k/a/ "BENJI,"**

did knowingly sponsor and exhibit a dog, namely:

| COUNT | DOG |
|---|---|
| 3 | UNNAMED DOG #1 |

for the purpose of having the dog participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-37 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(a)(1) and Title 18, United States Code, Section 49.

## COUNTS FOUR THROUGH SIXTY-SIX

*Possess and Train a Dog for Purposes of an Animal Fighting Venture*
7 U.S.C. § 2156(b)

On or about March 17, 2018, in the Southern District of Georgia and elsewhere, the defendant,

**JAMES LAMPKIN,**
**a/k/a/ "POOKIE,"**

did knowingly possess and train a dog, namely:

| COUNT | DOG |
|---|---|
| 4 | USM110 |
| 5 | USM111 |
| 6 | USM112 |
| 7 | USM113 |
| 8 | USM114 |
| 9 | USM115 |
| 10 | USM116 |
| 11 | USM117 |
| 12 | USM118 |
| 13 | USM119 |
| 14 | USM120 |
| 15 | USM121 |
| 16 | USM122 |
| 17 | USM123 |
| 18 | USM124 |
| 19 | USM125 |
| 20 | USM126 |
| 21 | USM127 |
| 22 | USM128 |
| 23 | USM129 |
| 24 | USM130 |
| 25 | USM131 |
| 26 | USM132 |
| 27 | USM133 |
| 28 | USM134 |
| 29 | USM135 |
| 30 | USM136 |
| 31 | USM137 |
| 32 | USM138 |

| | |
|---|---|
| 33 | USM139 |
| 34 | USM140 |
| 35 | USM141 |
| 36 | USM142 |
| 37 | USM143 |
| 38 | USM144 |
| 39 | USM145 |
| 40 | USM146 |
| 41 | USM147 |
| 42 | USM148 |
| 43 | USM149 |
| 44 | USM150 |
| 45 | USM151 |
| 46 | USM152 |
| 47 | USM153 |
| 48 | USM154 |
| 49 | USM155 |
| 50 | USM156 |
| 51 | USM157 |
| 52 | USM158 |
| 53 | USM159 |
| 54 | USM160 |
| 55 | USM161 |
| 56 | USM162 |
| 57 | USM163 |
| 58 | USM164 |
| 59 | USM165 |
| 60 | USM166 |
| 61 | USM167 |
| 62 | USM168 |
| 63 | USM169 |
| 64 | USM170 |
| 65 | USM171 |
| 66 | USM172 |

for the purpose of having the dog participate in an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-37 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(b) and Title 18, United States Code, Section 49.

**COUNT SIXTY SEVEN**
*Attending an Animal Fighting Venture*
7 U.S.C. § 2156(a)(2)(A)

On or about March 17, 2018, in Dodge County, within the Southern District of Georgia, the defendants,

**JAMES LAMPKIN,**
**a/k/a "POOKIE,"**
**BENJAMIN SHINHOSTER III,**
**a/k/a/ "BENJI,"**
**DEVEON HOOD,**
**a/k/a/ "DEE,"**
**XAVIER SIMMONS,**
**a/k/a/ "NICK SIMMS,"**
**DWIGHT MCDUFFIE,**
**ANDRE ARCHER, and**
**JOE FORD,**

aided and abetted by and aiding and abetting others known and unknown, did knowingly attend an animal fighting venture, as defined in Title 7, United States Code, Section 2156(g)(1) (effective through December 19, 2019), said event being in violation of the laws of the State of Georgia, to wit, Section 16-12-37 of the Official Code of Georgia Annotated.

All in violation of Title 7, United States Code, Section 2156(a)(2)(A), Title 18, United States Code, Section 2, and Title 18, United States Code, Section 49.

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Sixty-Seven of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 7, United States Code, Section 2156(f) (effective through December 19, 2019).

Upon conviction of any offense in violation of 7 U.S.C. § 2156 as set forth in this Indictment, the Defendants shall forfeit to the United States, pursuant to 7 U.S.C. § 2156(f) (effective through December 19, 2019) and 28 U.S.C. § 2461(c), any and all animals involved in the offenses.

*(signatures follow on the next page)*

A True Bill.

Bobby L. Christine
United States Attorney

Jessica K. Rock
Special Assistant United States Attorney
Lead Counsel

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division